Petition for Writ of Mandamus Denied and Memorandum Opinion filed July
19, 2005









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed July 19, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00530-CV

____________

 

IN RE CYNTHIA NITZSCHE, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On May 26, 2005, relator
filed a petition for writ of mandamus in this court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In her petition, relator
sought to have this court compel the Honorable Martha Hill-Jamison, presiding
judge of the 164th District Court in Harris County, to set aside the portions
of her order signed May 4, 2005, requiring execution of a medical release and
imposing sanctions.  

Relator has not established that she is
entitled to mandamus relief. 
Accordingly, we deny relator=s petition for writ of mandamus. 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed July 19, 2005.

Panel consists of
Justices Yates, Anderson and Hudson.